UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT, | ) | CIVIL ACTION NO. 4:20-CV-889 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MONROE COUNTY, *et al.,* | ) | |
| Defendants | ) | |

### ORDER

On July 7, 2020, Attorney Gerald J. Geiger filed a concurred-in Motion to withdraw his appearance for Defendant Monroe County. (Doc. 16). New counsel for Monroe County, Attorney John Ninosky, has already entered his appearance on Defendant Monroe County's behalf. Accordingly, IT IS ORDERED that:

(1) Attorney Geiger's Motion to withdraw as counsel for Defendant Monroe County (Doc. 16) is GRANTED.

Date: July 15, 2020                                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge