UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT, <br>     Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:20-CV-889 |
| v. | ) <br> ) | |
| MONROE COUNTY, *et al.,* <br>     Defendants | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1)    The PrimeCare Defendants' Motion to Dismiss (Doc. 11) is DENIED.

Date: March 17, 2021                        BY THE COURT

                                                         *s/William I. Arbuckle*
                                                         William I. Arbuckle
                                                         U.S. Magistrate Judge