UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:20-CV-889 |
| v. | )<br>) | |
| | ) | (ARBUCKLE, M.J.) |
| MONROE COUNTY, *et al.,*<br>　　　　Defendants | )<br>) | |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendant Monroe County's Motion to Dismiss (Doc. 18) is DENIED.

Date: March 17, 2021　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge