UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT, | ) | CIVIL ACTION NO. 4:20-CV-889 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MONROE COUNTY, *et al.,* | ) | |
| Defendants | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. The ten John Doe Defendants named in the complaint are dismissed.

2. Summary judgment in favor of Nurse Ramos will be GRANTED on Counts I & III.

3. Summary judgment in favor of Dr. Wloczewski will be DENIED on Counts I & III.

4. Summary judgment in favor of PA-C Foley will be GRANTED on Counts I & III.

5. Summary judgment in favor of PrimeCare will be DENIED on Count II.

6. Summary judgment in favor of Monroe County will be DENIED on Count II.

Date: September 30, 2022                     BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge