

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**United States District Court**
for the
**Middle District of Pennsylvania**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

January 18, 2023

The Honorable William I. Arbuckle
United States Magistrate Judge
U.S. District Court, Middle District of Pennsylvania
Herman T. Schneebeli Federal Building & U.S. Courthouse
Williamsport, PA 17701

Re: Report of the Mediator
Ravert v. Monroe County, Civil No. 4: 20-CV-889 (Arbuckle, M.J.)

Dear Judge Arbuckle:

The matter is settled. Thank you for appointing me to serve as mediator in this case.

Sincerely,

*s/ Joseph A. Barrett*
Joseph A. Barrett
ADR Coordinator