IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT, | : | NO.: 4:20-cv-00889-WIA |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION – LAW |
| | : | |
| MONROE COUNTY; | : | |
| PRIMECARE MEDICAL, INC.; | : | JUDGE WILLIAM I. ARBUCKLE |
| GRACE RAMOS, LPN; | : | |
| KENNETH WLOCZEWSKI, D.O.; | : | *Electronically Filed* |
| PAULINA FOLEY, PA-C; and | : | |
| JOHN DOES 1-10; | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## STIPULATION OF COUNSEL FOR DISMISSAL OF INDIVIDUAL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against individual Defendants Grace Ramos, LPN, Kenneth Wloczewski, D.O., and Paulina Foley, PA-C are hereby **DISMISSED WITH PREJUDICE,** without costs and each side bearing their own attorneys' fees. The claims against PrimeCare Medical, Inc. and Monroe County are not affected by this dismissal.

| | |
|---|---|
| *[signature]* | *[signature]* |
| DAVID J. CAPUTO, ESQUIRE | JOHN R. NINOSKY, ESQUIRE |
| PA Attorney ID No. 79317 | PA Attorney ID No. 78000 |
| Youman & Caputo, LLC | Marshall Dennehey Warner Coleman & Goggin |
| Two Logan Square | 100 Corporate Center Drive, Suite 201 |
| 100-120 N. 18th St., Suite 1925 | Camp Hill, PA  17011 |
| Philadelphia, PA 19103 | T (717) 651-3709 ~ Fax (717) 651-3707 |
| T (215) 215-302-1999 | jrninosky@mdwcg.com |
| Fax (610) 808-1772 | *Attorney for PrimeCare Defendants* |
| dcaputo@youmancaputo.com | *and Monroe County* |
| *Attorney for Plaintiff* | |
| Date:  March _23, 2023 | Date:  March 23, 2023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of March, 2023, the foregoing *Stipulation of Dismissal of Individual Defendants* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

    David J. Caputo, Esquire
    Youman & Caputo, LLC
    Two Logan Square
    100-120 N. 18th Street, Suite 1925
    Philadelphia, PA 19103
    dcaputo@youmancaputo.com
    *Attorney for Plaintiff*

    MARSHALL, DENNEHEY, WARNER
    COLEMAN & GOGGIN

    By:   s/*John R. Ninosky*
          John R. Ninosky