IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN RAVERT, | : | NO.: 4:20-cv-00889-WIA |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION – LAW |
| | : | |
| MONROE COUNTY; | : | |
| PRIMECARE MEDICAL, INC.; | : | JUDGE WILLIAM I. ARBUCKLE |
| GRACE RAMOS, LPN; | : | |
| KENNETH WLOCZEWSKI, D.O.; | : | *Electronically Filed* |
| PAULINA FOLEY, PA-C; and | : | |
| JOHN DOES 1-10; | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**STIPULATION OF COUNSEL FOR DISMISSAL OF
CASE PURSUANT TO FED. R. CIV. P. 41**

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action is **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Clerk of Court is directed to CLOSE this case.

DAVID J. CAPUTO, ESQUIRE
PA Attorney ID No. 79317
Youman & Caputo, LLC
3803 West Chester Pike, Suite 150
Newtown Square, PA  19073
T (215) 215-302-1999
Fax (610) 808-1772
dcaputo@youmancaputo.com
*Attorney for Plaintiff*

Date:  April 4, 2023

JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
T (717) 651-3709 ~ Fax (717) 651-3707
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants
and Monroe County*

Date:  March 23, 2023